# In the United States Court of Federal Claims

No. 05-894C
Filed October 5, 2005

REO VISTA LIMITED PARTNERSHIP,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

## ORDER

The parties' Joint Motion for a Stay of Proceedings, filed September 30, 2005, is **GRANTED**. Accordingly, this case is stayed until 14 days after the conclusion of the ADR process in the related cases of *Grass Valley Investment Group I* v. *United States*, No. 04-1284C (Fed. Cl.), *Diamond Springs Investment Group II* v. *United States*, No. 04-1302 (Fed. Cl.), *Weaverville Investment Group I* v. *United States*, No. 04-1320C (Fed. Cl.), *Hollister Investment Group II v. United States*, No. 04-1297C (Fed. Cl.), *Ramona Investment Group II* v. *United States*, No. 04-1259C (Fed. Cl.), *Pixley Investment Group* v. *United States*, No. 04-1315C (Fed. Cl.), *Brawley I Investment Group* v. *United States*, No. 04-1287 (Fed. Cl.), *Brawley II Investment Group* v. *United States*, No. 04-1305C (Fed. Cl.), *Windsor Greens v. United States*, No. 05-630C (Fed. Cl.), *Rudolf Square* v. *United States*, No. 05-635C (Fed. Cl.), *Ridgeway Court II* v. *United States*, No. 05-636C (Fed. Cl.), *Ridgeway Court I* v. *United States*, No. 05-637C (Fed. Cl.), *Poplar Drive Court* v. *United States*, No. 05-638C (Fed. Cl.), *Ashland Apartments Limited* v. *United States*, No. 05-651C (Fed. Cl.), *Maple River Manor* v. *United States*, No. 05-662C (Fed. Cl.), *Ridge Manor Apartments* v. *United States*, No. 05-656C (Fed. Cl.), *Riverside Apartments of Princeton* v. *United States*, No. 05-667C (Fed. Cl.), *Auburn Investment Group* v. *United States*, No. 04-1264C (Fed. Cl.), *Seeley Investment Group* v. *United States*, No. 04-1293C (Fed. Cl.), *Los Banos Garden Apartments II* v. *United States*, No. 04-1311C (Fed. Cl.); *Brandli* v. *United States*, No. 04-1710C (Fed. Cl.), *GLS Limited Partnership #6* v. *United States*, No. 05-623C (Fed. Cl.), *Clay Housing* v. *United States*, No. 05-645C (Fed. Cl.), *HDMD Properties - Redfield* v. *United States*, No. 05-660C (Fed. Cl.) and *Pheasant Ridge Apartments* v. *United States*, No. 05-665C (Fed. Cl.), which are currently pending before Judge Marian B. Horn.

**IT IS SO ORDERED.**

S/ Susan G. Braden
**SUSAN G. BRADEN**
**Judge**